```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

SAMUEL GHEE,                          \*

    Plaintiff,                     \*

vs.                                   \*

FLIX NORTH AMERICA, INC.,             \*     CASE NO. 4:23-cv-070 (CDL)
parent company of GREYHOUND
LINES, INC., GEORGE MOORE,            \*
personal capacity, and ISSAC
SANCHEZ, personal capacity,           \*

    Defendants.                    \*

## O R D E R

Plaintiff Samuel Ghee brought this action after being denied reentry onto a Greyhound bus when the driver called the police. This Court previously entered an order (ECF No. 46) disposing of all motions then-pending in this action. Ghee filed a motion for reconsideration (ECF No. 47), which the Court denies.

Local Rule 7.6 provides that motions for reconsideration shall not be filed as a matter of routine practice. M.D. Ga. R. 7.6. Generally, such motions will only be granted if "the movant demonstrates that (1) there was an intervening development or change in controlling law, (2) new evidence has been discovered, or (3) the court made a clear error of law or fact." *Rhodes v. MacDonald*, 670 F. Supp. 2d 1363, 1378 (M.D. Ga. 2009).

Ghee has not pointed to any intervening development or change in controlling law. He also does not allege that any new evidence has been discovered. He simply reiterates the arguments previously made in his motions and responses to Defendants' motions. He has not demonstrated that the Court has made a clear error of law or fact. Accordingly, Ghee's motion for reconsideration (ECF No. 47) is denied.

IT IS SO ORDERED, this 1st day of November, 2023.

S/Clay D. Land<br>
CLAY D. LAND<br>
U.S. DISTRICT COURT JUDGE<br>
MIDDLE DISTRICT OF GEORGIA