IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SAMUEL GHEE, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-00070 (CDL) |
| | * |
| FLIX NORTH AMERICA, INC., parent company of GREYHOUND LINES, INC., GEORGE MOORE, personal capacity, and ISSAC SANCHEZ, personal capacity, | * * * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Orders dated October 5, 2023 and July 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants. Defendants shall recover costs of this action.

This 25th day of July, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk